*State, Respondent, v. Hartfield, Petitioner*, No. 93700-1. Petition for review of a decision of the Court of Appeals, No. 46790-9-II, July 26, 2016, 195 Wn. App. 1018. *Denied* February 8, 2017.

*State, Respondent, v. Jimma, Petitioner*, No. 93704-4. Petition for review of a decision of the Court of Appeals, No. 73422-9-I, August 1, 2016, 195 Wn. App. 1025. *Denied* February 8, 2017.

*Estate of Berto, Petitioner, v. Dep't of Soc. & Health Servs. et al., Respondents*, No. 93706-1. Petition for review of a decision of the Court of Appeals, No. 33591-7-III, July 19, 2016, 195 Wn. App. 128. *Denied* February 8, 2017.

*State, Respondent, v. Blizzard, Petitioner*, No. 93707-9. Petition for review of a decision of the Court of Appeals, No. 32866-0-III, September 1, 2016, 195 Wn. App. 717. *Denied* February 8, 2017.

*State, Respondent, v. Redding, Petitioner*, No. 93709-5. Petition for review of a decision of the Court of Appeals, No. 73803-8-I, October 3, 2016, 196 Wn. App. 1020. *Denied* February 8, 2017.

*State, Respondent, v. Belle, Petitioner*, No. 93711-7. Petition for review of a decision of the Court of Appeals, No. 33873-8-III, August 9, 2016, 195 Wn. App. 1039. *Denied* February 8, 2017.

*State, Respondent, v. Graham, Petitioner*, No. 93712-5. Petition for review of a decision of the Court of Appeals, No. 46819-1-II, June 28, 2016, 194 Wn. App. 1044. *Denied* February 8, 2017.

*State, Respondent, v. Minier, Petitioner*, No. 93714-1. Petition for review of a decision of the Court of Appeals, No. 47610-0-II, August 30, 2016, 195 Wn. App. 1055. *Denied* February 8, 2017.